IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

TCYK, LLC,

    Plaintiff,

vs.

DOES 1-13,

    Defendants.

No. C13-1018

ORDER GRANTING MOTION FOR LEAVE TO TAKE DISCOVERY

This matter comes before the Court on the Motion for Leave to Take Discovery Prior to Rule 26(f) Conference (docket number 7) filed by the Plaintiff on July 10, 2013. For the reasons stated in Plaintiff's thorough accompanying Memorandum (docket number 7-1), the Court finds the motion should be granted.[1]

## ORDER

IT IS THEREFORE ORDERED that the Motion for Leave to Take Discovery (docket number 7) filed by the Plaintiff is **GRANTED**.

DATED this 11th day of July, 2013.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA

---

[1] The Court notes parenthetically that Plaintiff has filed identical motions in *TCYK, LLC v. DOES 1-13*, 2:13-cv-01019-EJM (N.D. Iowa) and *TCYK, LLC v. DOES 1-13*, 2:13-cv-01020-EJM (N.D. Iowa). All three complaints appear to be identical, with the exception of Exhibit B, which identifies the Defendants by their Internet Protocol ("IP") addresses. It's unclear to the Court why these three cases were not brought as a single action.